AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-5399

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP

was received by me on *(date)*          12/28/2018          .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

❏ I returned the summons unexecuted because                                          ; or

☑ Other *(specify):*   I served the Summons by Certified Mail, RRR (No.: 70180040000066895592); See attached letter dated December 28, 2018, and USPS receipt, and USPS tracking form showing delivery on December 31, 2018.

My fees are $      0.00      for travel and $      15.00      for services, for a total of $      15.00      .

I declare under penalty of perjury that this information is true.

Date:     01/02/2019

*Server's signature*

Amanda Slovak, Legal Assistant
*Printed name and title*

1515 Market Street
Suite 1200
Philadelphia, PA 19102

*Server's address*

Additional information regarding attempted service, etc:

December 28, 2018

(RETURN RECEIPT REQUESTED: #7018 0040 0000 6689 5592)
Pierce Bainbridge Beck Price & Hecht, LLP
600 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017

Attn:  John M. Pierce, Managing Partner
        James Bainbridge, Co-Managing Partner

Dear Messrs. Pierce and Bainbridge:

### Re: Law Offices of Bruce J. Chasan, LLC, et al. v. Pierce Bainbridge Beck Price & Hecht, LLP and John M. Pierce, Esq., No. 2:18-cv-05399-AB (E.D. Pa. filed Dec. 14, 2018)

Pursuant to Federal Rule of Civil Procedure 4(e)(1), and Pennsylvania Rules of Civil Procedure 403 and 404, this certified letter (return receipt requested) constitutes service on your law firm of the following enclosed documents:

(a) Summons in a Civil Action in the above-captioned matter;
(b) Civil Cover Sheet;
(c) Designation Form for indicating appropriate calendar;
(d) Case Management Track Designation Form;
(e) Complaint with Exhibits A-E.

Please have your counsel contact Plaintiffs' attorney as follows:

Bruce J. Chasan, Esq.
1500 JFK Boulevard, Suite 312
Philadephia, PA 19102
215-567-4400
bjchasan@brucechasalaw.com

Very truly yours,

Amanda Slovak

AMANDA SLOVAK
Legal Assistant



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

LOS ANGELES CA 90017

Certified Mail Fee   $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $2.75
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery   $0.00
☐ Adult Signature Required   $0.00
☐ Adult Signature Restricted Delivery $

Postage   $3.52

Total Postage and Fees   $9.72

Postmark Here   12/28/2018

Sent To PIERCE BAINBRIDGE LAW FIRM
Street and Apt. No., or PO Box No. 600 WILSHIRE BLVD., # 500
City, State, ZIP+4® LOS ANGELES, CA 90017

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0040 0000 6669 5592

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

LOS ANGELES CA 90017

Certified Mail Fee   $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $2.75
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery   $0.00
☐ Adult Signature Required   $0.00
☐ Adult Signature Restricted Delivery $

Postage   $3.52

Total Postage and Fees   $9.72

Postmark Here   12/28/2018

Sent To JOHN M. PIERCE ESQ.
Street and Apt. No., or PO Box No. 600 WILSHIRE BLVD., SUITE 500
City, State, ZIP+4® LOS ANGELES, CA 90017

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0040 0000 6669 5585

---

PENN CENTER
1500 JOHN F KENNEDY BLVD STE C31
PHILADELPHIA
PA
19102-9997
4165510148
12/28/2018   (800)275-8777   8:55 AM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail | 1 | $3.52 |
| Large Envelope (Domestic) (LOS ANGELES, CA 90017) (Weight:0 Lb 12.20 Oz) (Estimated Delivery Date) (Monday 12/31/2018) | | |
| Certified (@@USPS Certified Mail #) (70180040000066895592) | 1 | $3.45 |
| Return Receipt (@@USPS Return Receipt #) (9590940235357305625471) | 1 | $2.75 |
| First-Class Mail | 1 | $3.52 |
| Large Envelope (Domestic) (LOS ANGELES, CA 90017) (Weight:0 Lb 12.40 Oz) (Estimated Delivery Date) (Monday 12/31/2018) | | |
| Certified (@@USPS Certified Mail #) (70180040000066895585) | 1 | $3.45 |
| Return Receipt (@@USPS Return Receipt #) (9590940234967275118036) | 1 | $2.75 |

Total   $19.44

Credit Card Remitd   $19.44
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX6331)
    (Approval #:05185C)
    (Transaction #:780)
    (AID:A0000000031010   Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required   CHASE VISA)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70180040000066895592      Remove ✕

### Expected Delivery by

# MONDAY

# 31 DECEMBER 2018 ⓘ    by **8:00pm** ⓘ

## ✔ Delivered

December 31, 2018 at 3:57 pm
Delivered, Left with Individual
LOS ANGELES, CA 90017

**Get Updates** ⌄

---

**Text & Email Updates**      ⌄

---

**Tracking History**      ⌃

December 31, 2018, 3:57 pm
Delivered, Left with Individual
LOS ANGELES, CA 90017
Your item was delivered to an individual at the address at 3:57 pm on December 31, 2018 in LOS ANGELES, CA 90017.

December 31, 2018
In Transit to Next Facility



December 30, 2018, 10:00 pm
Departed USPS Regional Destination Facility
LOS ANGELES CA DISTRIBUTION CENTER

December 30, 2018, 7:37 am
Arrived at USPS Regional Destination Facility
LOS ANGELES CA DISTRIBUTION CENTER

December 28, 2018, 9:29 pm
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

December 28, 2018, 8:53 am
USPS in possession of item
PHILADELPHIA, PA 19102

**Product Information**    ∨    Feedback

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

\*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and
mailpieces that are processed through USPS automated equipment. app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

Feedback