# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW OFFICES OF BRUCE J. CHASAN, LLC, *et al.*,<br>　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP, *et al.*,<br>　　　Defendants. | CIVIL ACTION<br>2:18-cv-05399-AB |

## ORDER

**AND NOW**, this 2nd day of May, 2019, it is **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 4) is **GRANTED**.

　　　　　　　　　　　　　　　　　s/Anita B. Brody
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies VIA ECF on 5/2/2019