# EXHIBIT A

SKIP HAMILTON VOICE MAIL MESSAGES ON FEB. 24, 2021 ON BRUCE CHASAN'S LAND LINE:

Automated Voice:
[Voice message] received at 1:21 AM February 24 from 724-XXX-XXXX.

Hamilton:
Hey Bruce, this is Skip, Lenwood Hamilton. How you doing?  Hey listen, I want you to help me go after uh, after uh, the guy that you uh love. I want to know if you uh if you're up to the task.  Okay, give me a call back at this number when you get the message. Thanks a lot. Hope all is well with the family.

Automated Voice:
[Voice message received at] 1:28 AM February 24 from 724-XXX-XXXX.

Hamilton:
Oh, oh, Bruce. I just wanted to let you know, I didn't ask Ray for lunch yet. I haven't been back. [inaudible] I'm not in Pennsylvania. I'm still in L.A. Golly. But I know that you uh, that you like going after the bad guy, and uh, I want to know if you're interested in doing this thing. Uh, 69 million dollars this cat's sittin' on somewhere.  69 million, that's what he borrowed against my case. So, you said that it wasn't worth but a million, but I found out the hard way what it was worth. Uh, he did me dirty, but I got a lot of irons in the fire, you know what I'm saying? People underestimate big people like we don't think. (Laughs) [inaudible] You know what I mean, dog? But you know [inaudible 00:01:19].

Hey listen, give me call though, I'm serious, on a serious [inaudible 00:01:24]. Give me a call, and let's talk about this, because uh here's the other thing, it either be you or somebody else and I thought you or Don Lewis might want to go after this guy the right way.  Okay?  All right, talk to you later.  Give me a call back at this number, Bruce.  Even if you don't want to do it, give me a call back. Thank you.  Bye-bye.