# EXHIBIT B

1  **Phone call February 24, 2021, Bruce**

2  **Chasan and Lenwood Hamilton**

3

4         MR. HAMILTON: Hello Bruce.

5  How are you?

6         MR. CHASAN: Hey, Skip. This is

7  -- is Bruce Chasan, returning your voicemail

8  from last night.

9         MR. HAMILTON: Yeah. Yeah. I

10  was -- I was wondering if you

11  were interested.

12         MR. CHASAN: Well, all right.

13  Let me uh, I would like to talk to you and

14  find out what it's about, but I -- I have a

15  couple of caveats first.

16         First of all, uh, you know, I

17  imagine you're going to give a lot of

18  information and I don't want to be burdened

19  with taking a lot of notes. So is it okay if

20  I record the call?

21         MR. HAMILTON: Oh yeah, you can

22  record the call. It doesn't matter.

23         MR. CHASAN: Okay. Okay.  And the --

24  the other thing, uh Skip, is that, uh you

2

1  know, of course, uh back in March of 2018, uh

2  you, uh, you discharged my services to go

3  with uh Pierce Bainbridge. So, we don't

4  currently have a uh, a uh, an attorney/client

5  relationship uh, but maybe one would be

6  formed in the future.  I don't know. It

7  depends on what I hear from you and what I

8  evaluate.  Uh, but uh, as for right now, uh, this

9  conversation would be non-confidential.  Is

10  that okay?

11         MR. HAMILTON:  No, that's not

12  okay.

13         MR. CHASAN:  It's not okay?

14         MR. HAMILTON:  (Inaudible) because I, no

15  one needs -- no one needs - what I'm

16  talking to you about,  I'd like to get your

17  opinion first before you -- before you, uh,

18  uh -- start recording. I'd like to get your

19  opinion and (inaudible) if you're not interested, you

20  know, because I know how it comes back to --

21  to bite you in the ass.  I don't want

22  nothing to come back and bite me in the ass.

23         MR. CHASAN:  Well, uh, uh, you

24  know, uh, in your voicemail you -- you

                            3

1   mentioned, uh, something about Don Lewis

2   and, uh, um, you know, maybe I might want to share

3   it with him. I don't know, uh, uh.

4           MR. HAMILTON: (Inaudible) but I tried to

5   get in touch with Don.  You see what Mr.

6   Pierce did was uh, he, you know, when you came

7   to me and told me that the case was worth,

8   you know, no more than a million dollars,

9   and I, I knew it was different from that.

10          MR. CHASAN:  Well, I -- I --

11          MR. HAMILTON: (Inaudible) sign

12  a piece of paper but --

13          MR. CHASAN:  Look I don't -- I

14  don't want to get into it yet because I – I -- I

15  -- because we don't have an attorney/client

16  relationship right now, uh, it's important

17  to me that it be non-confidential and if,

18  uh, if we, uh, uh, I'd have, I'd have to re-, reconsider

19  whether I want to talk to you about it if

20  you want to have confidentiality in it.  But

21  uh, so, uh, you know, maybe we should, uh,

22  hang up and think about it for a day a two

23  and try to get back in touch.

24          MR. HAMILTON:  Yeah, well,

                          4

1  that -- that sounds good.  Because I'm --

2  I'm -- I'm definitely interested in doing,

3  you know, going forward with it. And I, and I did

4  put a call out to Don.

5           MR. CHASAN: All right, well --.

6           MR. HAMILTON:  Also.

7           MR. CHASAN:  Let's –

8           MR. HAMILTON: Okay.

9           MR. CHASAN: Let's, let's end it now and maybe

10  maybe tomorrow we can pick it up again. And you

11  think about whether it's okay for it to be

12  non-confidential, because I --

13          MR. HAMILTON: Okay.

14          MR. CHASAN: I might want to

15  share it with, with Don or another attorney, maybe

16  Kevin, Kevin uh Conrad.  I don't know, you know,

17  and uh, uh, it really -- really depends on

18  what you say.  And uh, uh, so I'm going to, uh

19  -- let's, let's terminate the call right now and we

20  can think about re-, re-connecting tomorrow; is

21  that okay?

22          MR. HAMILTON: Sounds good.

23          MR. CHASAN: Okay. Bye-bye now.

24          MR. HAMILTON:  Bye. Bye

25          MR. CHASAN:  Bye.

26          End of call.