# EXHIBIT C

1

1
2
3
4
5  **Phone call February 25, 2021 (1 of 2) between Mr. Chasan and**

6  **Lenwood Hamilton (given phone number redacted):**

7

8        MR. CHASAN:  Yeah, hello.

9  Hello, Skip?  Skip?  Hello?

10        MR. HAMILTON:  I'm here.

11        MR. CHASAN:  Yeah, okay.

12  Yeah uh, yeah uh, I,  I called about an hour ago, uh,

13  which is about the time I called yesterday uh,

14  and uh -- but we really hadn't set a time to

15  call back, so I'm not surprised I -- I

16  didn't reach you.  Um, okay.  Uh --

17        You know, as agreed yesterday,

18  I'm recording the call, but we have to

19  decide what we're going to do about

20  confidentiality.

21        MR. HAMILTON:  Okay.  The

22  thing is, can I record you?

23        MR. CHASAN:  Yeah, you can

24  record me.

1        MR. HAMILTON:  Okay. Okay. The

2    only thing is, (inaudible) if it's going

3    to benefit me as well as you.

4        MR. CHASAN:  Wait a minute, I

5    let me -- I need this a little louder here.  Let

6    me put the volume up. Uh, can you hear me, Skip?

7        MR. HAMILTON: Yeah, I can hear

8    you well.

9        MR. CHASAN:  Okay.  I'm -- I'm

10    not hearing you that well, but uh, yeah you

11    can record me, I don't care.

12        MR. HAMILTON: Okay. Um, the

13    thing I'm saying is, that the only way I would

14    get into this is, if it not only benefits,

15    uh, you, but me out as well.

16        MR. CHASAN:  Well, you know,

17    as I understand it, Skip, uh, you want me to

18    uh, uh, evaluate a case and see if I would

19    take the case, and uh, or give you, at least

20    give you an opinion about it.  And, uh --

21        MR. HAMILTON:  I want -- I

22    want you -- I want you to take the case

23    because this guy did malpractice. And I mean

24    I'm not gonna, uh, I'm not gonna waste my time just

1  talking if we're not going to tackle the

2  case. Because he screwed me over, he screwed

3  you over and – and, and, and, and I don't know,

4  you know, what Mr. Lewis had to do with it.  Um,

5  and but we need to definitely go after Mr. Pierce

6  because he had definitely malpractice

7  involved.  Um, he called me from a drug

8  rehab.

9      MR. CHASAN:  All right.  Well,

10 now, uh, there, there's a couple of things that I

11 need to clear up with you, uh, uh, Skip.

12 Uh, are you speaking into the -- uh, into

13 the, uh, mouthpiece close enough because I'm,

14 I'm not hearing you very well.

15      MR. HAMILTON:  It's a bullshit

16 ass phone.  That's what I got.  Um --

17      MR. CHASAN:  Well, anyway, uh –  There, there --

18      MR. HAMILTON:  Give me, give me, give me your,

19  your, your number.  Hold on, hold on.

20      MR. CHASAN:  I'll - tell you what, can I, can

22  I call you back in about five minutes.

23      MR. HAMILTON:  Yes, call me back.

24 I'm, I'm  going to give you a number to call me

25 back on.

26      MR. CHASAN: Okay.  Give me, give me the

27 number to call back.  I'm going to write it

4

1  down.

2        MR. HAMILTON:   Hold on.

3        MR. CHASAN: Go ahead.

4        MR. HAMILTON: Hold on.

5        MR. CHASAN: Uh, uh I can't

6  hear you Skip right now.

7        MR. HAMILTON:  80 -- 80 -- 805

8        MR. CHASAN:  What is the

9  number?

10        MR. HAMILTON:  805.

11        MR. CHASAN: 805.

12        MR. HAMILTON: XXX.

13        MR. CHASAN: XXX.

14        MR. HAMILTON: XXXX.

15        MR. CHASAN:  XXXX. Okay. Uh,

16  so, let me just read that back.  I

17  want to make sure I got it.

18  805-XXX-XXXX; is that correct?

19        MR. HAMILTON:  That's correct.

20        MR. CHASAN:  Okay. I'll call

21  you in a couple of minutes.  Okay?

22        MR. HAMILTON: Okay, bye.

23        MR. CHASAN:  Bye.

24               - - -
                    End of call.