# Exhibit E

SKIP HAMILTON VOICE MAIL MESSAGES ON FEB. 25, 2021 ON BRUCE CHASAN'S LAND LINE:

Automated Voice:
[Voice Mail left] at 5:58 PM February 25 from 724-XXX-XXXX.

Hamilton:
Hey Bruce, I was just talking to Ray, told him of our conversations, and he actually (?) told me to tell you that I can send you a PDK file or P PDK, some type (?) of file that David Hecht and Pierce put against Don, Don Lewis for me to put in. You might want to look at that. So give me a call back. Tell me if you want me to send it to you later.

Automated Voice:
[Voice Mail left] at 6:13 PM February 25 from 805-XXX-XXXX.

Hamilton:
Okay, Bruce. This is my second time calling you. Uh, I was talking to Ray, and he told me to send you the PDK file. Whatever that is, that thing that uh, that Hecht and Pierce tried to put together, they put together for me to file with the ethics board, with the Bar Association against Don Lewis. And he, they lied all in that damn thing, because I was told do not lie for him and do not erase anything from that, just attach little stickers where I see there's untrue or false or whatever and say that.  So, give me a call back when you can. Thanks.