# Exhibit F

## Bruce Chasan

| | |
|---|---|
| **From:** | Lenwood Hamilton <lhamilton1459@gmail.com> |
| **Sent:** | Friday, February 26, 2021 4:06 PM |
| **To:** | Bruce Chasan |
| **Subject:** | Fwd: Potential Bar Complaint Against Former PB Partner |
| **Attachments:** | image001.jpg; image002.jpg; image001.jpg; image002.jpg |

---------- Forwarded message ---------
From: **Lenwood Hamilton** <lhamilton1459@gmail.com>
Date: Fri, Feb 26, 2021, 1:01 PM
Subject: Fwd: Potential Bar Complaint Against Former PB Partner
To: <l.d.hamiltonjr@gmail.com>

---------- Forwarded message ---------
From: **Lenwood Hamilton** <lhamilton1459@gmail.com>
Date: Fri, Oct 2, 2020, 6:13 PM
Subject: Fwd: Potential Bar Complaint Against Former PB Partner
To: Hill, James E. <James.E.Hill@abc.com>

---------- Forwarded message ---------
From: **Lenwood Hamilton** <lhamilton1459@gmail.com>
Date: Fri, Oct 2, 2020, 12:58 PM
Subject: Fwd: Potential Bar Complaint Against Former PB Partner
To: <Iam.jamalali@gmail.com>

---------- Forwarded message ---------
From: **David Hecht** <dhecht@piercebainbridge.com>
Date: Wed, Sep 9, 2020, 7:04 AM
Subject: RE: Potential Bar Complaint Against Former PB Partner
To: Lenwood Hamilton <lhamilton1459@gmail.com>

Hi Skip, I'm just following up on this.  Are you still interested in pursuing the bar complaint?  If so, I will fill out your address and send you an email for your electronic signature.

Best,

David

**From:** David Hecht
**Sent:** Wednesday, September 2, 2020 9:48 PM
**To:** Lenwood Hamilton <lhamilton1459@gmail.com>
**Subject:** RE: Potential Bar Complaint Against Former PB Partner


Just following up on this, Skip.  If you'd like to proceed, please let me know and I can send an electronic version of the PDF for signature via Adobe Sign.  What is the best address in PA for you?


Best,

David


---

**From:** David Hecht <dhecht@piercebainbridge.com>
**Sent:** Sunday, August 30, 2020 8:37 AM
**To:** Lenwood Hamilton <lhamilton1459@gmail.com>; John Pierce <jpierce@piercebainbridge.com>
**Subject:** Re: Potential Bar Complaint Against Former PB Partner


Skip,


Attached is a draft complaint based on our memorandum.  I am also attaching a PDF that you need to sign (and fill in the address).  Do you currently have a business address in Philly that could be used for the complaint?


Note again that due to the conflict created by Lewis suing Pierce Bainbridge and its (former) partners, we cannot be your counsel in connection with any bar complaint.  The memorandum we provided to you, along with this draft complaint, was meant to provide you with all the facts as the firm understands them.  However, the firm is not able to render legal advice in connection with a bar complaint against Lewis.  For that reason, you should review the complaint and ensure that it accurately reflects your understanding and desire that Mr. Lewis be disciplined by the bar, if that is the case.


-David

2

**From:** Lenwood Hamilton <lhamilton1459@gmail.com>
**Date:** Tuesday, August 25, 2020 at 2:10 PM
**To:** David Hecht <dhecht@piercebainbridge.com>, John Pierce <jpierce@piercebainbridge.com>, Lenwood Hamilton <lhamilton1459@gmail.com>, Tillman Breckenridge <tjb@breckenridgepllc.com>
**Subject:** Re: Potential Bar Complaint Against Former PB Partner

Hi David. I am very anxious about the possibility that your former partner and my previous Lawyer undertook any action that may have sabotaged the outcome of my case. In particular, the hard stop of any possible settlement negotiations that were taking place with defendants.

**My understanding from our telephone conversation yesterday, that your firm (PB) was in settlement negotiations with Microsoft in the amount in the Millions of Dollars, that were taken off the Table after your former partner embarked on a media campaign and filing legal complaints that my case was fraudulent and full of deceit. Thus his actions, by breaching my Client/attorney/firm trust, have been truly detrimental to me in more ways that can be imagined.**

David, please send me the memo summarizing the Bar complaint that I want to file ASAP.

Thank you,

Lenwood

On Mon, Aug 24, 2020 at 1:00 PM Lenwood Hamilton <lhamilton1459@gmail.com> wrote:

> Hi David. I am extremely concerned that The actions of your former partner and my previous attorney, might have prejudiced the court's outlook towards my case.
>
> David, I am asking that you send me the memo of the Bar complaint at your earliest convenience. I need to file my complaint to the Bar Association ASAP. I would like to alert all media that publicized their defamatory remarks about my case and make the Media aware of these two people's as actions.
>
> I will also be consulting with counsel in the specialty of Legal Ethics and legal Malpractice. How dare my one time lawyer and a partner in the firm I hired to obtain justice go around and collaborate publicly to sabotage my case.

Awaiting your response, I remain.

Thank you,

Lenwood

On Sun, Aug 23, 2020 at 11:37 PM Lenwood Hamilton <lhamilton1459@gmail.com> wrote:

Hi David. Hi John. This is very disturbing!

If this former partner of your firms's and My former attorney did anything in anyway to sabotage my case and otherwise negatively effect the outcome, I am more than angry.

Your former partner, even prior to the Judge Anita Brody's dismissal, has been labeling my case as a Billion Dollar fraud conceived by John to qualify for litigation funding. I truly believe his May 2019 filing and media articles alleging My case as a fraud could have influenced judge Brody's Decision.

If my former attorney aided His defamation and sabotage in anyway to hurt my case, I must and I will seek justice.

**I am copying my current attorney, Tillman J. Breckenridge, Esq. in this Email. The 3rd Circiut has decided against granting me an oral argument. The panel will asses the merits on the Briefs only. The case is scheduled for 09-10-2020.**

David Hecht, please forward Me a copy of the complaint ASAP.

Lenwood

4

https://www.blacknews.com/news/don-lewis-fired-black-partners-claim-1-billion-deceit-major-law-firm/

https://www.law.com/americanlawyer/2019/05/15/pierce-bainbridge-ex-partner-trade-toxic-allegations-of-extortion-misconduct/

On Sun, Aug 23, 2020 at 9:51 PM David Hecht <dhecht@piercebainbridge.com> wrote:

Hey Skip, I hope you are well.

The bottom line is that the former partner, Don Lewis, was who fired from the firm used details he knew about your case from his brief time at PB in a complaint against the firm, then publicly in a press campaign against the firm, and also in concert with Bruce Chasan, who sued the firm. The ethics rule say it is unethical to use client confidences publicly without permission, which it seems Lewis has done.

I'll send you the memo summarizing and we can discuss.

-----Original Message-----

From: John Pierce <jpierce@piercebainbridge.com>

Sent: Sunday, August 23, 2020 9:08 PM

To: Lenwood Hamilton <lhamilton1459@gmail.com>

Cc: David Hecht <dhecht@piercebainbridge.com>

Subject: Potential Bar Complaint Against Former PB Partner


Skip, hope all is well. David and I think you may have a meritorious bar complaint it may make sense to file against a former PB partner. David drafted a memo summarizing it, but I have been too busy to review and send to you. He can send to you and we should all discuss ASAP if you want. Will be totally up to you. Thx much!



JMP



Sent from my iPhone

6