# Exhibit H

# BRUCE J. CHASAN, ESQ.
## LAW OFFICES OF BRUCE J. CHASAN, LLC
1500 JFK BOULEVARD
TWO PENN CENTER, SUITE 910
PHILADELPHIA, PA 19102

bjchasan@brucechasanlaw.com
www.brucechasanlaw.com
T 215-567-4400
F 215-565-2882

ADMITTED IN PA, MA, VA, DC AND
UNITED STATES PATENT AND TRADEMARK OFFICE
REG. NO. 38,764

March 10, 2021

Lenwood Hamilton
4926 Coyote Wells Circle
Westlake Village, CA 91362

email: lhamilton1459@gmail.com

Dear Skip:

    In your recent telephone contact to me, you were endeavoring to enlist my services as counsel in a potential malpractice case against John Pierce.  As I understood your theory, you believe Pierce was and is a drug addict, and had he not been a drug addict, he would have handled the Gears of War litigation better and obtained satisfactory results for you.  Also, you mentioned that he raised $69 million from litigation funders on the basis of your suit against Epic Games and Microsoft, and allegedly he had embezzled some of the money and secreted it away somewhere.  You mentioned you believe you are entitled to some of that money.

    On the facts you described, I believe it would be difficult to draft a malpractice case against Pierce that would get past a motion to dismiss.  Also, you would need a California attorney to sue in California, even if I were interested in appearing *pro hac vice* (*i.e.*, by permission from the California Court).  Further, even if I were willing to do it on a contingent basis, you would need to pay a California attorney to serve as local counsel.   Then, of course, there is the practical problem of funding the litigation.  So, based on these considerations, I am declining your proposed malpractice case.

    On the other hand, as I listened to your recital of grievances against Pierce, it occurred to me that you may have a claim against him for **fraudulent misrepresentation**.  I have not researched this under California law, so I am not offering any kind of legal opinion.  You would need to contact a California lawyer and inquire whether you have a plausible claim against Pierce for fraudulent misrepresentation (or some other grounds under California law).  Should such California attorney need any information from me, I would be cooperative in providing my information to the attorney as a fact witness, not as a co-counsel.

    Naturally I was surprised to receive your voice mails on Feb. 24, 2021, which was your first communication to me since 3/27/2018 when you discharged my

1

services in the Gears of War litigation. Since we no longer had an attorney-client relationship, I agreed to talk with you on two conditions, namely that I could record the conversation (as I did not want to burden myself with taking notes or rely on memory as to verbal statements), and that the conversation was non-confidential.

You should understand that nothing in this letter constitutes legal advice or serves to re-establish an attorney-client relationship.

Best of luck.

Sincerely,

Bruce Chasan

2