# Exhibit I



DISK WITH AUDIO FILES TO BE SUPPLIED TO THE CLERK VIA MAIL OR AFTER HOURS DEPOSITORY FOR FILING


Track 1 – Feb. 24, 2021 Hamilton Voice Mails

Track 2 – Feb. 24, 2021 Chasan-Hamilton Phone Call

Track 3 – Feb. 25, 2021 Chasan Hamilton First Phone Call

Track 4 – Feb. 25, 2021 Chasan Hamilton Second Phone Call

Track 5 – Feb. 25, 2021 Hamilton Voice Mails